DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL ANTHONY LoRUSSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1773

_____

September 16, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Nancy Moate Ley, Judge.

Michael Anthony LoRusso, pro se.

ORDER RESTRICTING APPELLANT FROM FUTURE PRO SE
FILINGS

PER CURIAM.

On July 19, 2022, this court dismissed this appeal as

untimely filed and issued an order detailing Appellant's initiation of

over thirty proceedings in this court related to his judgment and

sentence in Pinellas County Circuit Court case 20-04126-CF. The order directed Appellant to show cause why this court should not direct the clerk to reject pleadings in this court related to Pinellas County Circuit Court case 20-04126-CF unless the filing is related to a pending proceeding or submitted by a licensed Florida attorney. *See State v. Spencer*, 751 So. 2d 47, 48–49 (Fla. 1999).

Appellant's response is unavailing as it fails to justify his meritless and repetitive filings. Accordingly, we direct the clerk of this court to place in an inactive file any original proceedings or notices of appeal filed by Appellant related to the lower tribunal case number listed in this order unless the filing is signed by a member in good standing of The Florida Bar. *See id.*

NORTHCUTT, BLACK, and STARGEL, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.